AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Diego Silva

APPEARANCE

CASE NUMBER: 1:07-M-58M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Diego Silva

I certify that I am admitted to practice in this court.

6/6/07
*Date*

[signature]
*Signature*

Mark LaRoche 4681
*Print Name* *Bar Number*

*Address*

*City* *State* *Zip Code*

751-1919
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.