IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07-M-58M |
| | ) | |
| DIEGO SILVA | ) | |

ORDER

Pursuant to Rule 40, Federal Rules of Criminal Procedure, it is hereby ordered:

that DIEGO SILVA, shall be removed to the District of Vermont and as I find that there are no conditions or combination of conditions which will assure the presence of the defendant at trial, he shall be detained until said removal and appearance before the Court in the District of Vermont.

By Order:

[signature]
Clerk of Court

Enter:

David L. Martin
HONORABLE DAVID L. MARTIN
U.S. Magistrate Judge
United States District Court

DATE: June 7, 2007