David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

June 12, 2007

**Office of the Clerk**

**United States District Court**

U.S. District Court
P.O. Box 945
Burlington, VT 05402-0945

**RI Case # 1:07-MJ-58M**

**Your Docket No. 2:07-CR-29-1**

On June 6, 2007, Magistrate Judge David L. Martin conducted a Rule 40 hearing in **1:07-MJ-58M**, Diego Silva.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk

David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

June 12, 2007

**Office of the Clerk**

**United States District Court**

U.S. District Court
P.O. Box 945
Burlington, VT 05402-0945

**RI Case # 1:07-MJ-58M**

**Your Docket No. 2:07-CR-29-1**

On June 6, 2007, Magistrate Judge David L. Martin conducted a Rule 40 hearing in **1:07-MJ-58M**, Diego Silva.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk